**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In Re Application of

OLEGS FILS,

     Petitioner.

-----------------------------------------------------------X

Misc. Case No:

**EX PARTE APPLICATION FOR THE ISSUANCE OF A SUBPOENA DUCES TECUM PURSUANT TO 28 U.S.C. § 1782 TO ZIP AVIATION, LLC**

## **PROPOSED ORDER**

Upon the Ex Parte Application for the Issuance of a Subpoena Duces Tecum Pursuant to 28 U.S.C. § 1782 filed by Olegs Fils, Petitioner (the "Application"), it is hereby

ORDERED that the Ex Parte Application is GRANTED, and it is further

ORDERED that the Clerk of the Colurt shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Application (the "Subpoena") and provide the executed Subpoena to counsel for Petitioner, Olegs Fils for service on Zip Aviation, LLC.

Dated:  New York, New York

    _____, 2020

                                        _____
                                        United States District Judge