# MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS<br>IN RE: OLEGS FILS | DEFENDANTS |
|---|---|
| **Attorney's** (Firm Name, Address, and Telephone Number)<br>Sarah E. Paul<br>Eversheds Sutherland (US) LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212-389-5000   SarahPaul@eversheds-sutherland.com | **Attorneys (If Known)** |

| DESCRIPTION OF CASE<br>EX PARTE APPLICATION FOR THE ISSUANCE OF A SUBPOENA DUCES TECUM PURSUANT TO 28 U.S.C. § 1782 TO ZIP AVIATION, LLC | Has this or a similar case been previously filed in SDNY ?<br><br>No? [x]   Yes? [ ]   Judge Previously Assigned _____<br><br>If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]<br><br>If yes, give date _____ & Case No. _____ |

## NATURE OF CASE

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings

- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [X] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47**B** Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

[ ]  M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
[ ]  M 52 Application for Leave to File a Complaint
[ ]  M 53 Order Barring Individual from Entering Courthouse Building
[ ]  M 54 Immigration Naturalization - Order Delaying Deportation
[ ]  M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
[ ]  M 58 Application for Extension of Time to File Petition for Removal
[ ]  M 59 Application to Produce Federal Prisoner in State Court
[ ]  M 67 Notice of Eviction to Squatters (USA Cases)

[ ]  M 71 Application re: Federal Rules Cr. 11(e)(2)
[ ]  M 72 Order of Attachment of Another District – EDNY
[ ]  M 73 Subpoena to Government Agency
[ ]  M 75 Application for Writ of Garnishment
[ ]  M 76 Central Violations Bureau
[ ]  M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
[ ]  M 90 Order of Attachment
[ ]  M 93 Letters Rogatory _____
[ ]  M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____**MISCELLANEOUS CASE NUMBER**_____

**NOTE:** Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    **No** ☐    **Yes** ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    **WHITE PLAINS** ☐    **MANHATTAN** ☒

| DATE | **SIGNATURE OF ATTORNEY OF RECORD** | **ADMITTED TO PRACTICE IN THIS DISTRICT** |
|---|---|---|
| September 2, 2020 | [signature] | ☐ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| | | ☐ YES (DATE ADMITTED MO._____ YR._____) |
| RECEIPT # | | ATTORNEY BAR CODE #_____ |

Ruby J. Krajick, Clerk of Court,  _____    Dated_____

by Rev. 04/2019