Luminor Bank AS
Reģ. Nr. 11315936
Adrese: Liivalaia 45, 10145, Tallina, Igaunijas Republika,
kuras vārdā Latvijas Republikā darbojas Luminor Bank AS Latvijas filiāle
Reģ. Nr. 40203154352
Adrese: Skanstes iela 12, Rīga, LV-1013, Latvijas Republika

Sagatavots / Issued: 08/10/2019 13:13:47

1. lapa / page

**K O N T A   I Z R A K S T S / ACCOUNT STATEMENT**
12/10/2016 - 07/10/2019

**ZĀMUELE SANTA**
Klienta kods / Customer code: P72731

**Konts / Account: LV23RIKO0001050151373 EUR**

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| ▮ | | | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | |
| ▮ | | | | ▮ |

**Konts / Account: LV23RIKO0001050151373 EUR**

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| | | | | ■ |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | |
| 14/08/17 MSC | 18260543 297461 | Karte: 499962******6091. Īpašnieks: SANTA ZAMUELE. Pirkums - ZIP AVIATION MANH - par 12/08/2017. 3,765.00 USD -> 3,300.89 EUR,  kurss 0.87673 | 3300.89- | |
| 14/08/17 MSC | 18260544 325271 | Karte: 499962******6091. Īpašnieks: SANTA ZAMUELE. Pirkums - ZIP AVIATION MANH - par 13/08/2017. 3,880.00 USD -> 3,401.71 EUR,  kurss 0.87673 | 3401.71- | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | |
| ■ | | | | ■ |

**Paskaidrojums par darījumu veidu saīsinājumiem**

TRF: Pārvedums
MSC: Cits maksājuma veids
CHG: Komisijas maksa
CSH: Skaidra nauda

* Šajā dokumentā norādītais Reģistrācijas datums apzīmē valutēšanas datumu
attiecīgās naudas summas norakstīšanai vai ieskaitīšanai klienta norēķinu kontā.
Valutēšanas datums karšu kontam ir norādīts Informācijā par karšu kontu.
The Date of registration as specified herein refers to the value date for debiting or
crediting the respective amount from/to the Customer's current account. Value
date for the card account is specified in the card account information.

**
/RFB/ Saņēmēja piešķirtais maksājuma identifikators / Identifier assigned by the Recipient
/ETE/ Maksātāja piešķirtais maksājuma identifikators (End-To-End ID) / Identifier assigned by the Remitter (End-To-End ID)