dbernahl



 и еще 196

dbernahl "Out of the tree of life I just picked me a plum..." FS

Посмотреть все комментарии (6)

22 ЧАСОВ НАЗАД · ПОКАЗАТЬ ПЕРЕВОД