

32.