

33.