

57.