Luminor Bank AS
Reģ. Nr. 11315936
Adrese: Liivalaia 45, 10145, Tallina, Igaunijas Republika,
kuras vārdā Latvijas Republikā darbojas Luminor Bank AS Latvijas filiāle
Reģ. Nr. 40203154352
Adrese: Skanstes iela 12, Rīga, LV 1013, Latvijas Republika

Sagatavots / Issued: 08/10/2019 13:13:47

1. lapa / page

**K O N T A   I Z R A K S T S / ACCOUNT STATEMENT**
12/10/2016   07/10/2019

**ZĀMUELE SANTA**
Klienta kods / Customer code: P72731

Konts / Account: ▮▮▮▮▮▮▮▮ 373 EUR

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ | | |
| ▮▮▮▮ | | | | ▮▮▮ |

**Konts / Account:** ▮ **1373 EUR**

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| | | | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| 14/08/17 MSC | 18260543 297461 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   ZIP AVIATION MANH   par 12/08/2017. 3,765.00 USD > 3,300.89 EUR,  kurss 0.87673 | 3300.89 | |
| 14/08/17 MSC | 18260544 325271 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   ZIP AVIATION MANH   par 13/08/2017. 3,880.00 USD > 3,401.71 EUR,  kurss 0.87673 | 3401.71 | |
| 17/08/17 MSC | 18858346 262321 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   OYA   par 16/08/2017. 185.00 USD  > 163.12 EUR, ▮ | 163.12 | |
| 17/08/17 MSC | 18858348 389040 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   CARMEL RANCHO CLEANERS   par 16/08/2017. 87.90 USD  > 77.51 EUR,  kurss 0.88180 | 77.51 | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| | ▮ | ▮ | | ▮ |

**Konts / Account:** ▮▮▮▮▮▮ **1373 EUR**

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| | | | | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | | ▮▮ |
| ▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮▮ | ▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | ▮▮ | |
| 12/12/17 MSC | 38267011 148617 | Karte:▮▮▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  CRUSH WINE & SPIRITS  par 11/12/2017. 3,942.78 USD  > 3,452.64 EUR,  kurss 0.87569 | 3452.64 | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮ | |
| ▮▮ | ▮▮ | ▮▮▮▮▮ | | ▮▮ |
| ▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | |
| ▮▮ | | | | ▮▮ |

Konts / Account: ████████ **1373 EUR**

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| | | | | ████ |
| | | ████████ | ████ | |
| 20/12/17 MSC | 39796637 519566 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  MACYS  MONTEREY   par 19/12/2017. 104.00 USD > 90.96 EUR,  kurss 0.87462 | 90.96 | |
| 20/12/17 MSC | 39796638 926541 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  VANS #0457   par 19/12/2017. 116.35 USD > 101.76 EUR,  kurss 0.87460 | 101.76 | |
| 20/12/17 MSC | 39796639 535001 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  H&M0256   par 19/12/2017. 133.93 USD > 117.14 | 117.14 | |
| 21/12/17 MSC | 39930776 682920 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  HOLLISTER # 703   par 19/12/2017 | 378.22 | |
| ████ | ████ | ████████ | | |
| ████ | ████ | ████████ | ████ | |
| 25/12/17 MSC | 40428008 425751 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  MACYS  MONTEREY   par 22/12/2017 | 176.44 | |
| ████ | ████ | ████████ | ████ | |
| 25/12/17 MSC | 40458031 191633 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  SSA MONTEREY GIFT & BOOK   par 22/12/2017. 114.13 USD > 99.49 EUR,  kurss 0.87173 | 99.49 | |
| 25/12/17 MSC | 40458032 192973 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  IT'SUGAR CANNERY ROW   par 22/12/2017. 32.59 USD > 28.41 EUR,  kurss 0.87174 | 28.41 | |
| 25/12/17 MSC | 40458033 809826 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  CANDY ROW   MONTEREY   par 22/12/2017. 34.90 USD > 30.43 EUR,  kurss 0.87192 | 30.43 | |
| 25/12/17 MSC | 40458034 010298 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  SSA MONTEREY GIFT & BOOK   par 22/12/2017. 83.12 USD > 72.45 EUR,  kurss 0.87163 | 72.45 | |
| ████ | ████ | ████████ | | ████ |
| 27/12/17 MSC | 40839887 947106 | Karte: ████ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums  HYATT HGHLND INN GIFTSHOP   par 25/12/2017. 4,799.21 USD > 4,172.81 EUR,  kurss 0.86948 | 4172.81 | |
| ████ | ████ | ████████ | | ████ |
| ████ | ████ | ████████ | | |
| ████ | ████ | ████████ | ████ | |
| ████ | ████ | ████████ | | ████ |
| ████ | ████ | ████████ | | |
| ████ | ████ | ████████ | ████ | |
| ████ | | ████ | | ████ |

Izraksts Nr.: 0000    24. lapa / page
(turpinājums)

**Konts / Account:** ▮▮▮▮▮▮ 51373 EUR

| Reģ. datums* / Date Darījuma veids / Type of transaction | Darījuma reģ.Nr. / Reference no. Citi darījuma identifikācijas Nr. / Other identification no. | Maksājumā iesaistītā pretēja puse / Beneficiary or payer Maksājuma mērķis / Payment details Maksājuma identifikatori** / Payment identifier** | DEBETS/ Outgoing | KREDĪTS/ Incoming |
|---|---|---|---|---|
| | | | | ▮▮▮ |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| 31/01/18 MSC | 46464656 979456 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   WHOLEFDS MRY 10087   par 30/01/2018. 296.65 USD > 247.73 EUR,  kurss 0.83509 | 247.73 | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | |
| 02/02/18 MSC | 47053880 247270 | Karte: ▮ ******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   CRUSH WINE & SPIRITS   par 01/02/2018. 2,008.01 USD  > 1,669.94 EUR,  kurss 0.83164 | 1669.94 | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| 05/02/18 MSC | 47403067 605115 | Karte: 499962******6091. Īpašnieks: SANTA ZAMUELE. Pirkums   Griggs Nursery   par 02/02/2018. 161.63 USD  > 134.17 EUR,  kurss 0.83011 | 134.17 | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | |
| ▮ | | | | ▮ |

**Paskaidrojums par darījumu veidu saīsinājumiem**

TRF: Pārvedums
MSC: Cits maksājuma veids
CHG: Komisijas maksa
CSH: Skaidra nauda

* Šajā dokumentā norādītais Reģistrācijas datums apzīmē valutēšanas datumu
attiecīgās naudas summas norakstīšanai vai ieskaitīšanai klienta norēķinu kontā.
Valutēšanas datums karšu kontam ir norādīts Informācijā par karšu kontu.
The Date of registration as specified herein refers to the value date for debiting or
crediting the respective amount from/to the Customer's current account. Value
date for the card account is specified in the card account information.

**
/RFB/ Saņēmēja piešķirtais maksājuma identifikators / Identifier assigned by the Recipient
/ETE/ Maksātāja piešķirtais maksājuma identifikators (End To End ID) / Identifier assigned by the Remitter (End To End ID)