Likvidējamā ABLV Bank, AS  Tel: +371 6777 5555
Elizabetes iela 23,  Fax: +371 6777 5200
Rīga, Latvija, LV-1010  Client line: +371 6777 5200
  E-pasts: info@ablv.com

www.ablv.com



# Maksājumu karšu pārskats

Pielikums kartes konta pārskatam
No 01.01.2018 līdz 11.07.2018

| Konta īpašnieks | Fiļs Oļegs |
| --- | --- |
| Reģ. Nr./ Pers. kods | [personal ID No. redacted] |
| Adrese | [address redacted] |
| Kartes konta Nr. | [account No. redacted] |
| Valūta | EUR |

| Darījuma datums / valutēšanas datums | Darījuma reģistrācijas numurs, darījuma veids, informācija par darījumu | Debets | Kredīts |
| --- | --- | --- | --- |
| | [redacted] | | |
| | Kartes Nr.: XXXX XXXX XXXX 4305 Pamata kartes lietotājs SANTA ZAMUELE | | |
| 05.02.2018 | BII-02-05-2018120493839415, pirkums, nr. 001320, [XXXX XXXX XXXX] 4305, SANTA ZAMUELE, CRUSH WINE & SPIRITS, 2129809463, US, 01/02/2018, 596.97 EUR => 719.80 USD, kurss ar valūtas uzcenojumu 0.8294 | -596.97 | |
| | [redacted] | | |

Šajā dokumentā cauršūtas
un numurētas
6 (sešas) lapas
2018 g. 30. oktobrī

Likvidējamās ABLV Bank AS
Privātbaņķieru departamenta
vecākais privātbaņķieris
Vladimirs Maļkovs
2018. g. 30. oktobrī