Likvidējamā ABLV Bank, AS    Tel: +371 6777 5555
Elizabetes iela 23,          Fax: +371 6777 5200
Rīga, Latvija, LV-1010       Client line: +371 6777 5200
                             E-pasts: info@ablv.com

www.ablv.com



# Maksājumu karšu pārskats

Pielikums kartes konta pārskatam
No 01.01.2017 līdz 31.12.2017

| Konta īpašnieks | **Fiļs Oļegs** |
|---|---|
| Reģ. Nr./ Pers. kods | [personal ID No. redacted] |
| Adrese | [address redacted] |
| Kartes konta Nr. | [account No. redacted] |
| Valūta | EUR |

| Darījuma datums / valutēšanas datums | Darījuma reģistrācijas numurs, darījuma veids, informācija par darījumu | Debets | Kredīts |
|---|---|---|---|

[redacted]

Kartes Nr.: XXXX XXXX XXXX 4305
Pamata kartes lietotājs SANTA ZAMUELE

[redacted]

| 13.12.2017 | BII-12-13-2017644363664925, pirkums, nr. 075829, [XXXX XXXX XXXX] 4305, SANTA ZAMUELE, ZIEDU TIRGOTAVA LAKSTOS 2, RIGA, LV, 11/12/2017 | -924.96 | |

[redacted]

Šajā dokumentā cauršūtas
un numurētas _56 (piecdesmit
sešas)_ lapas
2018. g. 30. oktobrs

Likvidējamās ABLV Bank AS
Privātbankieru departaments
vecākais privātbankieris
Vladimirs Maļkovs

2018. g. 30. oktobrs