Luminor Bank AS
40003024725 PVN LV40003024725

Skanstes iela 12, Rīga, LV-1013

Sagatavots: 13/12/2018 15:04:42

1. lapa

## KONTA IZRAKSTS
no 07/10/2016 līdz 12/12/2018

ZĀMUELE SANTA
Klienta kods: P72731

**Konts:** [account No. partly redacted] **934 EUR**

| Reģ. datums* Darījuma veids | Darījuma reģ.Nr. Citi darījuma identifikācijas Nr. | Maksājumā iesaistītā pretēja puse Maksājuma mērķis Maksājuma identifikatori** | DEBETS | KREDĪTS |
|---|---|---|---|---|
| | | [redacted] | | |
| 13/12/17 TRF | 38376532 (RMZB1PNCR9 ) | **DAVID ALAN BERNAHL** /1029408938 //FW121000358 BANK OF AMERICA USA SHORT TERM LOAN. Pārveduma summa: USD 8,000.00; Pērk: 8000 USD Kurss: 1.167 USD / 1 EUR | 6855.18- | |
| | | [redacted] | | |