UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In Re Application of

OLEGS FILS,

                  Petitioner.

-----------------------------------------------------------X

Misc. Case No: 1:20-mc-00313

**AMENDED *EX PARTE* APPLICATION FOR THE ISSUANCE OF SUBPOENAS DUCES TECUM PURSUANT TO 28 U.S.C. § 1782 TO ZIP AVIATION, LLC AND 336 LIQUOR STORE, INC. d/b/a CRUSH WINE & SPIRITS**

## **PROPOSED ORDER**

Upon the Amended *Ex Parte* Application for the Issuance of Subpoenas Duces Tecum Pursuant to 28 U.S.C. § 1782 filed by Olegs Fils, Petitioner (the "Application"), it is hereby

ORDERED that the Ex Parte Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute copies of the Subpoenas to Produce Documents attached as Exhibits 1 and 2 to the Application (the "Subpoenas") and provide the executed Subpoenas to counsel for Petitioner, Olegs Fils for service on Zip Aviation, LLC and 336 Liquor Store, Inc. d/b/a Crush Wine & Spirits.

Dated: New York, New York

_____, 2020

                                                  _____
                                                  United States District Judge